IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 16-0615-CG-C |
| | ) | |
| **0.05 ACRES MORE OR LESS, LOCATED IN SUMMERDALE, BALDWIN COUNTY, STATE OF ALABAMA; HIMBERTO TOMAS; FELICIANA THOMAS,** | ) ) ) ) ) ) | |
| Defendants. | ) | |

### AMENDED ORDER DIRECTING THE CLERK OF COURT TO DEPOSIT FUNDS AT INTEREST

Upon motion of the Plaintiff, United States of America, for an Order to deposit funds representing the estimated just compensation in this eminent domain action into the Registry of the Court, and good cause appearing, it is

**ORDERED** that the Motion to Deposit is hereby granted in furtherance of this condemnation action.  See 40 U.S.C. § 3113-14.

IT IS FURTHER **ORDERED** that the said sum of $1,800.00 be deposited by the Clerk into the Registry of the Court, and then as soon as the business of this Court allows, the Clerk is directed to deposit these funds into the CRIS (Court Registry Interest) account under the terms and conditions set forth in Fed. R. Civ. P. 67, and this Court's Local Rule 67.

**DONE and ORDERED** this 10th day of January, 2017.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE